UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Forklifts of Minnesota, Inc.,                           Civil No. 06-4576 (PAM/JSM)

           Plaintiff,

v.                                                           **ORDER**

Terex Corporation,

           Defendant.

---

On June 1, 2007, the parties jointly filed a Stipulation of Dismissal with Prejudice (Docket No. 14). Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED with prejudice**; and

2. The Clerk shall terminate all previously scheduled deadlines and pending motions as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 4, 2007

                                                      s/ Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge